1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

EUREKA DIVISION

7

| | |
|---|---|
| 8    RAMON RODRIGUEZ LEYVA, | Case No.  20-cv-05597-RMI |
| 9         Plaintiff, | |
| 10      v. | **ORDER TRANSFERRING CASE** |
| 11    BILL BROWN, et al., | |
| 12         Defendants. | |

13

14        This is a civil rights case brought *pro se* by a state prisoner who was incarcerated at Santa

15   Barbara County Jail. Plaintiff presents allegations concerning events that occurred at the Santa

16   Barbara County Jail, which is located in the Central District of California. Plaintiff is currently

17   incarcerated in the Northern District of California, however the Central District of California is

18   where both the incident in question occurred, and where Defendants are domiciled. Venue,

19   therefore, properly lies in the Central District, and not in the Northern District. *See* 28 U.S.C. §

20   1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the

21   Central District of California. *See* 28 U.S.C. § 1406(a).

22        **IT IS SO ORDERED.**

23   Dated: September 16, 2020

24

25

26   ROBERT M. ILLMAN
     United States Magistrate Judge

27

28

United States District Court
Northern District of California